IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER LIEW,<br>    Plaintiff,<br><br>v.<br><br>SERVOMEX COMPANY<br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO. 4:20-cv-04053<br>)<br>)<br>) |

## SERVOMEX COMPANY'S DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Defendant Servomex Company ("Defendant" or "Servomex"), pursuant to Federal Rule of Civil Procedure 7.1 and the Joint Discovery and Case Management Plan dated January 25, 2021, hereby shows as follows:

Defendant certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1. The parent companies of the corporation:

    **Spectris, Inc., Spectris Holdings, Inc., Spectris US Holdings Limited, Spectris Group Holdings limited, and Spectris PLC**

2. Subsidiaries not wholly-owned by the corporation:

    **None.**

3. Any publicly held company that owns ten percent (10%) or more of the corporation's stock:

    **Spectris PLC**

.

Dated: February 2, 2021                         Respectfully submitted,

                                                             DUANE MORRIS LLP

                                                              */s/ Meredith M. Gregston*
                                                              Tracy McCreight

2

        Texas Bar No.  24037064
        Meredith M. Gregston
        Texas Bar No. 24073667
        900 South Capital of Texas Highway
        Suite 300
        Austin, TX 78746
        Telephone:  512.277.2300
        Facsimile:  512.277.2301
        Email: tlmccreight@duanemorris.com
        Email:  mmgregston@duanemorris.com

        *Attorneys for Defendant Servomex*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System on this 2nd day of February, 2021 upon:

        Trang Q. Tran
        Tran Law Firm
        2537 S. Gessner Road, Suite 104
        Houston, TX 77063
        trang@tranlf.com
        service@tranlf.com

        */s/ Meredith M. Gregston*
        Meredith M. Gregston

2