IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LIEW,** | § § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 4:20-cv-04053 |
| v. | § § § | |
| **SERVOMEX COMPANY,** | § § § | |
| Defendant | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Christopher Liew and Defendant Servomex Group (the "Parties"), it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE. Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this   30th   of   April   2021.

_____
UNITED STATES DISTRICT JUDGE

1